IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| YOHANCE KITSON, #212909 | § |
| | § |
| V. | § CIVIL ACTION NO. G-06-271 |
| | § |
| DEPUTY FERGUSON, ET AL. | § |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 17th day of July, 2006.

_____
Samuel B. Kent
United States District Judge